MITCHELL MALZBERG, ESQ. (MM4551)
MITNICK & MALZBERG, P.C.
PO Box 429
29 Race Street
Frenchtown, New Jersey 08825
(908) 996-3716
Counsel to the Chapter 7 Trustee

| In the Matter of: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| PATRICIA NOVELL<br><br>Debtor. | Chapter 7<br><br>Case No. 12-33331/RTL<br><br>Hearing Date:  May 13, 2013 at 10:00 a.m.<br><br>Honorable Raymond T. Lyons, Jr. |

**ORDER COMPELLING THE TURNOVER OF PROPERTY OF THE ESTATE**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

Page 2
PATRICIA NOVELL, Case No. 12-3331/RTL
ORDER COMPELLING TURNOVER OF PROPERTY OF THE ESTATE
_____

THIS MATTER having been opened by this Court by way of a Notice of Motion by and through Trustee's counsel seeking an Order to Compel the Turnover of Property of the Estate, and the Court having considered same and for good cause:

IT IS ORDERED that:

1. Any and all monies being held on behalf of the debtor in the debtor's account ending xxx-xxx823-069 at Morgan Stanley Smith Barney LLC are property of the debtor estate.

2. Said monies are to be turned over by Morgan Stanley Smith Barney LLC to the Trustee within seven (7) days of the date of this Order.

3. A copy of this Order shall be served upon all parties to this action with three (3) days of entry.